United States District Court
Southern District of Texas

**ENTERED**

June 22, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| United States of America, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Criminal Action H-20-385-4 |
| | § | |
| Eusibio Maldonado, | § | |
| *Defendant.* | § | |

**ORDER REVOKING BOND**

Pending before the court is the Petition for Action on Pretrial Release. ECF No. 385. The Petition alleges that Maldonado was arrested for public intoxication and destroyed his location monitoring device. On June 15, 2026, the court held a hearing and Maldonado pleaded true.

On March 12, 2026, the defendant pleaded guilty to one count of possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(ii). He was continued on bond pending sentencing.

Revocation of supervised release is governed by 18 U.S.C. § 3148. Under 3148(b)(1), the judicial officer "shall" enter an order of revocation if (1) there is either probable cause that the defendant committed a new crime or violated any other condition of release, and (2) that there are no conditions that will assure the appearance, or the person is unlikely to abide by any conditions of release. Moreover, under 18 U.S.C. § 3143(a)(2), in cases under Title 21, detention is required after a person has pleaded guilty unless the attorney for the government recommends that no sentence of imprisonment be imposed.

Judge Rosenthal has accepted Maldonado's guilty plea and has found him guilty. ECF No. 359. Counsel for the government

has represented to the court that he will be requesting a sentence of imprisonment. Therefore, detention is required under the statute.

Maldonado's bond is revoked and he is remanded to custody pending sentencing.

Signed at Houston, Texas, on June 22, 2026.

_____
Peter Bray
United States Magistrate Judge